EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JIMMY MCINTOSH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 3:20-CV-3319-E |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**Stipulation of Dismissal with Prejudice – Page 1 of 1**

EXHIBIT A

Dated: Oct. 12, 2021

**STIPULATED:**

/s/ Tom Jacob
**TOM JACOB**
    tjacob@nationaltriallaw.com
    Texas State Bar #24069981
**STEVEN HASPEL**
    shaspel@nationaltriallaw.com
    Texas State Bar #24109981
WHITEHURST, HARKNESS,
BREES, CHENG, ALSAFFAR,
HIGGINBOTHAM, & JACOB P.L.L.C.
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
(512) 476-4346 (o)
(512) 467-4400 (f)

*Attorneys for Plaintiff*

PRERAK SHAH
Acting United States Attorney

**Mary M. (Marti) Cherry**
Assistant United States Attorney
Texas Bar No. 24055299
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8600
Facsimile:   214-659-8807
E-Mail:   mary.cherry@usdoj.gov

**Tami C. Parker**
Assistant United States Attorney
Texas Bar No. 24003946
801 Cherry Street, Unit # 4
Fort Worth, TX 76102
Telephone: 817-252-5200
Facsimile:   817-252-5458
E-mail: tami.parker@usdoj.gov

*Attorneys for Defendant*